[No. 47768-8-II.   Division Two.   October 25, 2016.]

BRUCE MORET, *Petitioner*, v. BREEA GALE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-2-00271-1, Daniel L. Stahnke, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47876-5-II.   Division Two.   October 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MICHAEL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00008-4, Nelson E. Hunt, J., entered July 9, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Melnick, J.; Maxa, A.C.J., dissenting in part.

[No. 47880-3-II.   Division Two.   October 25, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. STANLEY GUIDROZ, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03654-1, Bryan E. Chushcoff, J., entered July 9, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48027-1-II.   Division Two.   October 25, 2016.]

*In the Matter of the Marriage of* ANGELA K. SCOUTTEN, *Appellant*, and MICHAEL J.E. SCOUTTEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-3-03452-5, Stephanie A. Arend, J., entered July 24, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.